74

170 A.3d 300

**WORSHAM**

v.

**MOSBY**

**Pet. Docket No. 220, Sept.Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

(No. 12–C–15–002452, Circuit Court for Harford County.)
Petition for writ of certiorari dismissed